No. 71–1353. ROMANUS ET AL. *v.* CALIFORNIA. Ct. App. Cal., App. Dist.; and

No. 71–6287. GOWER *v.* UNITED STATES. C. A. D. C. Cir. Motions to dispense with printing petitions granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Miller* v.

*California, ante,* p. 15; *Paris Adult Theatre I* v. *Slaton, ante,* p. 49; *Kaplan* v. *California, ante,* p. 115; *United States* v. *12 200-ft. Reels Film, ante,* p. 123; *United States* v. *Orito, ante,* p. 139; *Heller* v. *New York, ante,* p. 483; *Roaden* v. *Kentucky, ante,* p. 496; and *Alexander* v. *Virginia, ante,* p. 836. MR. JUSTICE DOUGLAS would grant certiorari and reverse the judgment in each case. See *Miller* v. *California, ante,* p. 37. MR. JUSTICE BRENNAN, joined by MR. JUSTICE STEWART and MR. JUSTICE MARSHALL, would grant certiorari, vacate the judgments, and remand cases for further proceedings not inconsistent with his dissent in *Paris Adult Theatre I* v. *Slaton, ante,* p. 73. See *Miller* v. *California, ante,* p. 47.